IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr217-MHT |
| | ) | (WO) |
| PATRICIA HARRIS | ) | |

OPINION AND ORDER

This cause is before the court on an unopposed motion to continue trial by defendant Patricia Harris. The trial is currently set for February 11, 2013. Based on the representations made in Harris's motion and for the reasons set forth below, the court finds that jury selection and trial should be continued to April 1, 2013.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or

> indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Id. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on “findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.” Id. § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," id. § 3161(h)(7)(B)(I), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of

**justice served by granting a continuance outweigh the interests of the public and Harris in a speedy trial. Harris is seeking 'pre-trial diversion' from the United States Attorney's Office. Additional time is needed for the government and the United States Probation Office to consider this option; for instance, the Probation Office generally requires 45 days to conduct a background check and issue a recommendation to the United States Attorney.**

*******

**Accordingly, it is ORDERED that:**

**(1) Defendant Patricia Harris's motion for a continuance (doc. no. 13) is granted; and**

**(2) The jury selection and trial, now set for February 11, 2013, are reset for April 1, 2013, at 10:00 a.m., in the United States Courthouse, One Church Street, Montgomery, Alabama.**

**DONE, this the 22nd day of January, 2013.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**